UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW PHILMAN

    Plaintiff,

v.                                                                    Case No.: 6:20-cv-1307

DESIGNERS CHOICE CABINETRY, LLC
a Delaware Limited Liability Company,
    Defendant.
_____/

**UNOPPOSED MOTION TO REMOVE ATTORNEY ETHAN B. BABB'S NAME AS COUNSEL**

    Plaintiff, MATTHEW PHILMAN, hereby files this Motion to Remove Attorney Ethan B. Babb's name as Counsel and, in support thereof, states as follows:

1. On February 28, 2020, Ethan B. Babb left the law firm of Arcadier, Biggie & Wood, PLLC for a position as Associate Attorney with the firm of Lacy & Lyons.

2. On July 23, 2020, several months after Mr. Babb left the firm of Arcadier, Biggie & Wood, PLLC, plaintiff filed his Complaint. [DE1]

3. On or about August 3, 2020, due to a scrivener's error, Mr. Babb's name was inadvertently included in the signature block of Plaintiff's Certification of Interested Persons. [DE 7]

4. As such, Mr. Babb's name was added to the list of attorneys on this case.

5. Plaintiff respectfully request that the Court grant this Unopposed Motion to Remove Ethan B. Babb's name as Counsel for Plaintiff, and that the Clerk remove Ethan B. Babb and his associated email addresses from the electronic filing notice and mailing matrix.

6. Plaintiff is continuing to be represented by Arcadier, Biggie & Wood, PLLC and attorneys, Joseph C. Wood and Maurice Arcadier are counsel in this action.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned certifies, pursuant to Middle District Rule 3.01(g), that he has conferred with counsel for Defendant on August 19, 2020 and they do not object to the motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Clerk of Court by using the CM/ECF system, on this 19th day of August 2020 which will automatically send a notice of electronic filing to all parties of record.

**ARCADIER, BIGGIE & WOOD, PLLC.**

*/s/ Joseph C. Wood, Esquire*
Joseph C. Wood, Esquire
Florida Bar No.: 0093839
Maurice Arcadier, Esquire
Florida Bar No. 0131180
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: Office@ABWlegal.com
Secondary Email: Wood@ ABWlegal.com
Phone: (321) 953-5998
Fax: (321) 953-6075